```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22789
   ROSAURA PEREZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8484

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was not confirmed.

     The case was dismissed without confirmation 01/31/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CITIBANK NA             NOTICE ONLY    NOT FILED           .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG      .00            .00            .00
AMERICAS SERVICING COMPA SECURED NOT I 44347.78            .00            .00
PRO SE DEBTOR           DEBTOR ATTY         .00                           .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                          --------------      --------------
TOTALS                          .00                       .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```